**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOSEPH RUDOLPH WOOD, III,
*Petitioner-Appellant*,

v.

CHARLES L. RYAN, interim Director,
Arizona Department of Corrections,
*Respondent-Appellee*.

No. 08-99003

D.C. No.
4:98-CV-00053-
JMR

ORDER

Filed July 18, 2014

Before: Kim McLane Wardlaw, Circuit Judge.

**ORDER**

WARDLAW, Circuit Judge:

Petitioner has filed a Petition for Writ of Habeas Corpus and Motion for Stay of Execution. Because the three-judge panel consisting of Judges Thomas, Gould, and Bybee has jurisdiction over Appeal No. 08-99003 and petitioner's execution is not "imminent," the Petition for Writ of Habeas Corpus and Motion for Stay of Execution is referred to the Clerk for determination by the three-judge panel. *See* Cir. R. 22-2(c) ("Once a case is assigned to a death penalty panel, the panel will handle all matters pertaining to the case . . . .");

Cir. R. 22-4(e) ("In all capital cases where petitioner seeks a stay of execution, the Clerk shall refer any motion for a stay of execution to the death penalty panel.").

**IT IS SO ORDERED.**